IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:18-10038-STA |
| ) | |
| TAWNI BOUTIN, ) | |
| ) | |
| Defendant. ) | |

_____

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING
_____

This cause came to be heard on September 4, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Tawni Boutin, appearing in person, and with counsel, Andre Mathis.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 11, 2018 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 4th day of September, 2018.

                                                                           s/ S. Thomas Anderson
                                                              CHIEF JUDGE, U. S. DISTRICT COURT